| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>White, Jeffrey S | 2. Court or Organization<br><br>U.S. District, Northern Calif | 3. Date of Report<br><br>05/09/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2005 MAY 17 A 11:09

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab National Tax Exempt Money Market Fund | A | Interest | K | T | | | | | |
| 2. ISHARES MSCI Eafe Fund | A | Dividend | K | T | Buy | 12/2 | K | | |
| 3. GM Corporate 0% Bonds | | None | K | T | | | | | |
| 4. ISHARES DJ US Basic Materials | A | Dividend | K | T | | | | | |
| 5. ISHARES Goldman Sach Tech 1 | A | Dividend | L | T | | | | | |
| 6. ISHARES US Consumer Noncyclic | A | Dividend | K | T | | | | | |
| 7. ISHARES US Consumer Cyclic | A | Dividend | K | T | | | | | |
| 8. ISHARES DJ US Energy Sector | A | Dividend | L | T | | | | | |
| 9. ISHARES DJ US Financial Sector | B | Dividend | M | T | | | | | |
| 10. ISHARES DJ US Healthcare Sector | A | Dividend | L | T | | | | | |
| 11. ISHARES DJ US Industrial Sector | A | Dividend | L | T | | | | | |
| 12. ISHARES DJ US Telecommunications | C | Dividend | K | T | Partial Sell | 12/2 | L | A | |
| 13. ISHARES DJ US Utilities Sector | A | Dividend | K | T | | | | | |
| 14. Consumer Discrectionary Sector SPDR | A | Dividend | K | T | | | | | |
| 15. Consumer Staples Select Sector SPDR Trust | A | Dividend | L | T | Buy | 12/2 | J | | See Note 1 |
| 16. Financial Select Sector SPDR | B | Dividend | L | T | | | | | |
| 17. Health Care Select Sector SPDR | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Industrial Select Sector SPDR | A | Dividend | L | T | | | | | |
| 19. Technology Select Sector SPDR | A | Dividend | L | T | Buy | 12/2 | K | | See Note 1 |
| 20. Smith Barney Diversified Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 21. Smith Barney Capital Perservation Fund | B | Dividend | L | T | | | | | |
| 22. National City Corp Cleveland | A | Interest | | | Sell | 5/16 | K | | |
| 23. Oppenheimer Limited Term Govt Class B | C | Dividend | M | T | | | | | |
| 24. Federated Fund for US Govt Sec. | B | Dividend | L | T | | | | | |
| 25. Tiers Principal Protected (DJQ) | | None | L | T | | | | | |
| 26. Tiers Principal Protected (NAS) | | None | L | T | | | | | |
| 27. State of California Bond 6.75% | A | Interest | K | T | Buy | 11/10 | K | | |
| 28. Orrick Investments 2000 LLC | B | Interest | J | U | | | | | |
| 29. Pollock Montgomery Washington Tower Investors II Partnership | C | Rent | J | U | | | | | |
| 30. Intercarp Limited Partnership | F | Rent | K | U | | | | | |
| 31. Anchor National Polaris Insurance Annuity | | None | | | Sell | 07/01 | L | | |
| 32. Best of America | | None | L | | Buy | 7/01 | L | | See Note 1 |
| 33. Fidelity VIP Equity Income | | None | K | T | | | | | |
| 34. Fidelity VIP Contrafund | | None | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Garmore Government Bonds Fund | | None | | | Sell | 08/24 | K | | |
| 36. Salomon Brothers Investor Fund | | None | K | T | | | | | |
| 37. American Century VP Value 1 | | None | K | T | Buy | 8/24 | K | | |
| 38. Citicorp IRA # 1 | B | Dividend | M | T | | | | | |
| 39. MFS Total Return Fund A | | | | | | | | | |
| 40. Smith Barney Fundamental Value Fund Class B | | | | | | | | | |
| 41. Smith Barney Capital Preservation Fund B | | | | | | | | | |
| 42. Tiers Principal Protected | | | | | | | | | |
| 43. Citicorp IRA # 2 | B | Dividend | K | T | | | | | |
| 44. MFS Total Return Fund A | | | | | | | | | |
| 45. Smith Barney Value Fund Class B | | | | | | | | | |
| 46. Smith Barney Capital Preservation Fund B | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. Charles Schwab - 401K/IRA Plan | F | Dividend | P1 | T | | | | | |
| 49. Gold Bank CD | | | | | | | | | |
| 50. Schwab Money Market Fund | | | | | | | | | |
| 51. La Salle Bank CD | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of America Corp Bond | | | | | | | | | |
| 53. Chase Manhattan Corp Bond | | | | | | | | | |
| 54. Ford Motor Credit Note | | | | | | | | | |
| 55. General Motors Corp Bond | | | | | Sale | 12/15 | K | | |
| 56. General Motors Acceptance Bond | | | | | | | | | |
| 57. Citigroup Inc | | | | | | | | | |
| 58. Coca-Cola Enterprises | | | | | | | | | |
| 59. Merrill Lynch Corp Bonds | | | | | Buy | 9/15 | K | | See Note 1 |
| 60. Counrtywide Home Loan | | | | | | | | | |
| 61. JP Morgan Corp Bond | | | | | | | | | |
| 62. Household Finance HSBC Corp | | | | | | | | | |
| 63. Nation Bank Corp Bond | | | | | | | | | |
| 64. International Lease Finance Corp | | | | | | | | | |
| 65. Lehman Brothers Holdings | | | | | | | | | |
| 66. Sweden Kingdom Bond | | | | | Redemption | 04/01 | K | E | |
| 67. Morgan Stanley | | | | | | | | | |
| 68. Target Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Phoenix Quarterly Bond | | | | | | | | | |
| 70. General Electric Corp Bond | | | | | | | | | |
| 71. Financial Select Sector SPDR | | | | | Buy | 12/16 | J | | |
| 72. IBM Corp Bond | | | | | Buy | 4/5 | K | | |
| 73. India Fund, Inc | | | | | Buy | 12/13 | J | | |
| 74. Industrial Select Sect SPDRg | | | | | Buy | 12/16 | J | | |
| 75. ISHARES FTSE/Xinua China 25 | | | | | Buy | 12/13 | J | | |
| 76. Street Tracks Gold Trust | | | | | Buy | 12/13 | J | | |
| 77. JP Morgan Chase and Co Bond | | | | | Buy | 6/3 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Note 1  Additional purchases of these stocks and bonds were acquired during the reporting period, increasing the investment amounts.

| Name of Person Reporting | Date of Report |
| --- | --- |
| White, Jeffrey S | 05/09/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Date 5/10/06

WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544